**DLA Piper LLP (US)**
Christopher P. Hall
Darren K. Ishmael
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Kip.Hall@dlapiper.com
Darren.Ishmael@dlapiper.com

*Attorneys for Defendants Andorra Banc Agricol Reig, S.A.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fairfield Sentry Limited., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>Theodoor GGC Amsterdam, et al.,<br><br>Defendants. | Adv. Pro. No. 10-03496 (BRL)<br>(Administratively Consolidated) |
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>Debtors. | Chapter 15<br>Case No. 10-13164 (BRL)<br>(Jointly Administered) |
| Fairfield Sentry Limited (In Liquidation) et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>Andorra Banc Agricol Reig, S.A., et al.,<br><br>Defendants. | Adv. Pro. No. 11-02611 (BRL) |

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation) et al., <br><br> Plaintiffs, <br><br> -against- <br><br> FS/AND Banc Andorra, et al., <br><br> Defendants. | Adv. Pro. No. 10-03632 (BRL) |

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, New York 10020-1104, be and hereby is substituted for K&L Gates LLP, ~~1601 K Street NW, Washington DC 20006-1600~~ One Lincoln Street, Boston, Mass 02111-2950 office, as attorneys of record for defendant Andorra Banc Agricol Reig, S.A. in the above-captioned matter.

The undersigned hereby consents to the above substitution.

By: Rose Wis Hugh Lawson
On behalf of defendant
Andorra Banc Agricol Reig, S.A.

DLA PIPER LLP (US)

By: _____
Christopher (Kip) P. Hall
Darren K. Ishmael

1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Kip.Hall@dlapiper.com
Darren.Ishmael@dlapiper.com

K&L GATES LLP

By: Wm. Shaw McDermott
~~Catherine LaRose~~
~~Richard A. Kirby~~

~~1601 K Street NW~~
~~Washington DC 20006-1600~~
~~Tel.: (202) 778-9296~~
~~Fax: (202) 778-9292~~
~~catherine.larose@klgates.com~~
~~richard.kirby@klgates.com~~

2

Wm. Shaw McDermott
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175
Wm.Shaw.McDermott@klgates.com

Dated: New York, New York
  June ___, 2016
  *July 7 cpr*

Dated: New York, New York
  June 11, 2016
  *July*
  *all*
  *wsmcd*

SO ORDERED.

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: New York, New York
  July ___, 2016

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 12th day of July 2016 by electronic/ECF delivery to those parties receiving such notices.

/s/ *Darren K. Ishmael*
Darren K. Ishmael